JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HUONG HO, an individual; VIKING INVESTMENTS, an entity of unknown form; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-02080-JLS-JDE<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Poupak Barekat ("Plaintiff") and Huong Ho and Viking Investments ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   February 05, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE